[No. 4906.]

GEORGE HAGER v. THE BOARD OF SUPERVISORS OF YOLO COUNTY.

WRIT OF REVIEW.—The facts, that a question is new and of great public interest, and affects the property of a great many persons, and that the decision will be a rule established in a large number of cases, are not sufficient reasons for the Supreme Court to entertain a writ of review as an original proceeding.

PETITION to the Supreme Court for a writ to review the proceedings of the Board of Supervisors of Yolo County, appointing a board of commissioners, and directing them to levy an assessment of $192,046, on a swamp land district.

The petition averred that the questions involved were new and of great public interest, involving the right of assessment, and affected the property of over one hundred persons, and that there were about two hundred swamp

lan̦d districts in the State, and that the decision in this case would be a guide to officers in other districts.

The rules of the Supreme Court require a petition for a writ of review to set forth the circumstances which render it proper that the writ should originally issue from this Court, and declare that the Supreme Court will determine upon the sufficiency of such reasons in awarding or refusing the application.

*George Cadwalader,* for the Petitioner.

By the COURT:

There is nothing in the circumstances set forth in the petition which renders it proper that the application should be entertained by us as an original proceeding. The motion that the writ issue is therefore denied,